# In the United States Court of Federal Claims

No. 13-402T, 13-917T, 13-972T, 13-935T, 14-174T, 14-93T, 14-175T, 14-047T

(Filed: March 31, 2016)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ALTA WIND I OWNER-LESSOR C, and ALTA WIND I OWNER-LESSOR D, *et al.*, | * * * |
| Plaintiffs, | * * |
| v. | * * |
| THE UNITED STATES, | * * |
| Defendant. | * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

As agreed by counsel for the parties, the Court will hold a scheduling conference by telephone on Monday, April 4, 2016, at 2:30 PM (EDT). Prior to the conference, the Court will send counsel an e-mail with instructions on joining the call.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge