**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ALTA WIND I OWNER LESSOR C,    )
                               )
    *et al.*    )
                               )
    Plaintiffs,    )    Nos. 13-402, 13-917, 13-972, 13-935,
                               )    14-174, 14-93, 14-175, and 14-47
v.                             )
                               )    Judge Wheeler
THE UNITED STATES OF AMERICA,  )
                               )
    Defendant.    )

---

**STIPULATION OF FACTS**

---

Plaintiffs and Defendant in these consolidated cases (the "Parties") hereby stipulate and agree that the following facts are true for the purposes of this action only, subject to the right of the Parties to introduce further evidence not inconsistent with this stipulation, and preserving the Parties' rights to object to any portion of this stipulation on the grounds of relevance or materiality:

**The Plaintiffs**

1.    Each of the following Plaintiffs is a Delaware Statutory Trust with its principal place of business in Delaware:

    a.    Alta Wind I Owner Lessor C

    b.    Alta Wind I Owner Lessor D

    c.    Alta Wind II Owner Lessor A

    d.    Alta Wind II Owner Lessor B

    e.    Alta Wind II Owner Lessor C

      f.      Alta Wind II Owner Lessor D

      g.      Alta Wind II Owner Lessor E

      h.      Alta Wind III Owner Lessor A

      i.      Alta Wind III Owner Lessor B

      j.      Alta Wind III Owner Lessor C

      k.      Alta Wind III Owner Lessor D

      l.      Alta Wind IV Owner Lessor A

      m.      Alta Wind IV Owner Lessor B

      n.      Alta Wind IV Owner Lessor C

      o.      Alta Wind IV Owner Lessor D

      p.      Alta Wind V Owner Lessor A

      q.      Alta Wind V Owner Lessor B

      r.      Alta Wind V Owner Lessor C

      s.      Alta Wind V Owner Lessor D

2.      Plaintiff Mustang Hills, LLC (formerly known as Alta Wind VI, LLC), is a Delaware limited liability company.

**Early Development and Background**

3.      The Alta Wind Energy Center is located in Tehachapi, California, approximately 100 miles from Los Angeles.  It is the largest wind farm in North America, and one of the largest in the world.  Among other wind power projects, the Alta Wind Energy Center includes the Alta I through VI wind power projects at issue in this litigation (collectively, the "Alta Wind Litigation Projects").

4.      Terra-Gen Power, LLC ("Terra-Gen") is a renewable energy company focused on developing, owning, and operating utility-scale wind, geothermal, and solar electricity generation facilities.

5.      Oak Creek Energy Systems, Inc., ("Oak Creek") commenced activities related to the development of wind power projects in the Tehachapi region prior to 2006.  In 2006, Oak Creek partnered with Allco Wind Energy Management Pty. Ltd. ("Allco") to continue development of wind power projects in the Tehachapi region, including what would become the Alta Wind Energy Center.  The joint effort between Allco and Oak Creek was managed through a limited liability company named the Alta Innovative Power Company ("AIPC"), which was jointly owned by Allco and Oak Creek, each of which (through subsidiaries) owned 50% of AIPC.

6.      On July 15, 2008, Terra-Gen acquired Allco's United States wind energy business, including its interests in what would become the Alta Wind Energy Center, for approximately $394 million.  This consideration included approximately $390 million in cash and the assumption of approximately $4 million in liabilities.

7.      After acquiring Allco's interests (which included Allco's 50 percent interest in AIPC), Terra-Gen continued and completed development of the Alta Wind Litigation Projects, as well as other projects.

8.      Each of the Alta Wind Litigation Projects is comprised both of property that is eligible for a cash grant under the Section 1603 program at issue in this litigation (the "Section 1603 Program") and property that is not eligible.

**2010 Duff and Phelps Reports**

9.    Exhibit JX0032, pages TGP_SUBP0051620-0051695 dated January 19, 2010, is a report of Duff & Phelps's estimation of the fair market value of certain assets that Terra-Gen acquired in the Allco transaction, as of July 15, 2008 ("Fair Value Report").

10.    Among the assets that Duff & Phelps valued were "Development Rights" for projects in the Alta Wind Energy Center (including but not limited to the Alta Wind Litigation Projects).  Duff & Phelps described the Development Rights as the "collection of permits, wind data, agreements, and other development milestone achievements which are necessary to bring a development project from conceptual stage to operation."  JX0032, at TGP_SUBP0051658.

11.    In the Fair Value Report, Duff & Phelps estimated the fair market value of the Development Rights to be $195,000,000.  The specific valuation procedures Duff & Phelps used to derive the $195 million value of the Development Rights are summarized at TGP_SUBP0051658-0051659.

12.    In the Fair Value Report, Duff & Phelps also valued "Transmission Queue Rights" for projects in the Alta Wind Energy Center (including but not limited to the Alta Wind Litigation Projects).  Duff & Phelps estimated the fair market value of Transmission Queue Rights to be $77,000,000.  The specific valuation procedures Duff & Phelps used to derive this valuation are summarized at TGP_SUBP0051655-0051657.

13.    Exhibit JX0032, pages TGP_SUBP0051696-0051849, dated February 3, 2010, is a report reflecting Duff & Phelps's allocation of the value of the Development Rights and the Transmission Queue Rights across certain phases of the projects that would be located in the Alta Wind Energy Center, as of July 15, 2008 ("Allocation to Phases Report").

14.    In the Allocation to Phases Report, Duff & Phelps allocated the $195,000,000 of Development Rights value and the $77 million of Transmission Queue Rights value among Alta projects, some of which are not at issue in this litigation.  Exhibit X032 at TGP_SUBP0051701. Duff and Phelps' allocations to the Alta Wind Litigation Projects were as follows:

| **PROJECT** | **DEVELOPMENT RIGHTS VALUE ALLOCATION** | **TRANSMISSION QUEUE RIGHTS VALUE ALLOCATION** |
|---|---|---|
| Alta I | $40.0 million | $14.0 million |
| Alta II | $29.9 million | $12.5 million |
| Alta III | $29.9 million | $12.5 million |
| Alta IV | $20.3 million | $8.5 million |
| Alta V | $33.5 million | $13.9 million |
| Alta VI | $7.5 million | $2.8 million |

**The Power Purchase Agreements**

15.    In December 2006, Alta Windpower Development, an Allco subsidiary, entered into a Master Power Purchase and Wind Project Development Agreement ("Master PPA") with Southern California Edison ("SCE").  The Master PPA provided for the sale of electricity from multiple wind projects totaling an aggregate capacity of 1,550 megawatts ("MW").  The Master PPA provided that the parties would enter into a "daughter" PPA for each individual wind project according to a pricing formula established in the Master PPA.

16.    After acquiring Allco's interests, Terra-Gen negotiated and executed daughter PPAs with respect to the Alta Wind Litigation Projects.  Each daughter PPA provided that SCE would purchase 100% of the relevant project's electrical output for the duration of the Facility Term, which was to end on the day that is the later of (a) the day of the calendar month which is

two hundred and forty (240) months from the month of the Firm Operation Date, and (b) December 31, 2035.

**Alta Wind I**

17.     The Alta Wind I Project was sold in sale-leaseback transactions, by a Terra-Gen subsidiary to each of Alta Wind I Owner Lessor A, Alta Wind I Owner Lessor B, Alta Wind I Owner Lessor C, and Alta Wind I Owner Lessor D (collectively, the "Alta Wind I Owner Lessors"), and simultaneously leased back by each Alta Wind I Owner Lessor to a Terra-Gen subsidiary for a period of approximately 24 years.  The transactions closed on December 31, 2010.  The sum of the purchase prices collectively paid by the Alta Wind I Owner Lessors was $560 million.  The stipulation of this paragraph is without prejudice to either side's position regarding the relevance of the purchase prices for purposes of determining eligible basis under the Section 1603 Program.

**Alta Wind II**

18.     Certain interests in the Alta Wind II Project were sold in sale-leaseback transactions, by a Terra-Gen subsidiary to each of Alta Wind II Owner Lessor A, Alta Wind II Owner Lessor B, Alta Wind II Owner Lessor C, Alta Wind II Owner Lessor D, and Alta Wind II Owner Lessor E (collectively, the "Alta Wind II Owner Lessors"), and simultaneously leased back by each Alta Wind II Owner Lessor to a Terra-Gen subsidiary for a period of approximately 24 years.  The transactions closed on December 30, 2010.  The parties disagree as to what exact interests were conveyed in the sales and the value of each of these interests, but stipulate that the sum of the purchase prices collectively paid by the Alta Wind II Owner Lessors for the interests conveyed was $440,249,843.61.  The stipulation of this paragraph is without prejudice to either

6

side's position regarding the relevance of the purchase prices for purposes of determining eligible basis under the Section 1603 Program.

**Alta Wind III**

19.    Certain interests in the Alta Wind III Project were sold in sale-leaseback transactions, by a Terra-Gen subsidiary to each of Alta Wind III Owner Lessor A, Alta Wind III Owner Lessor B, Alta Wind III Owner Lessor C, and Alta Wind III Owner Lessor D (collectively, the "Alta Wind III Owner Lessors"), and simultaneously leased back each Alta Wind III Owner Lessor to a Terra-Gen subsidiary for a period of approximately 24 years.  The transactions closed on April 11, 2011.  The parties disagree as to what exact interests were conveyed in the sales and the value of each of these interests, but stipulate that the sum of the purchase prices collectively paid by the Alta Wind III Owner Lessors for the interests conveyed was $444,534,902.68.  The stipulation of this paragraph is without prejudice to either side's position regarding the relevance of the purchase prices for purposes of determining eligible basis under the Section 1603 Program.

**Alta Wind IV**

20.    Certain interests in the Alta Wind IV Project were sold in sale-leaseback transactions, by a Terra-Gen subsidiary to each of Alta Wind IV Owner Lessor A, Alta Wind IV Owner Lessor B, Alta Wind IV Owner Lessor C, and Alta Wind IV Owner Lessor D (collectively, the "Alta Wind IV Owner Lessors"), and simultaneously leased back by each Alta Wind IV Owner Lessor to a Terra-Gen subsidiary for a period of approximately 24 years.  The transactions closed on May 20, 2011.  The parties disagree as to what exact interests were conveyed in the sales and the value of each of these interests, but stipulate that the sum of the purchase prices collectively paid by the Alta Wind IV Owner Lessors for the interests conveyed

was $288,792,166.89. The stipulation of this paragraph is without prejudice to either side's position regarding the relevance of the purchase prices for purposes of determining eligible basis under the Section 1603 Program.

**Alta Wind V**

21.    Certain interests in the Alta Wind V Project were sold in sale-leaseback transactions, by a Terra-Gen subsidiary to each of Alta Wind V Owner Lessor A, Alta Wind V Owner Lessor B, Alta Wind V Owner Lessor C, and Alta Wind V Owner Lessor D (collectively, the "Alta Wind V Owner Lessors"), and simultaneously leased back by each Alta Wind V Owner Lessor to a Terra-Gen subsidiary for a period of approximately 24 years. The transactions closed on June 13, 2011. The parties disagree as to what exact interests were conveyed in the sales and the value of each of these interests, but stipulate that the sum of the purchase prices collectively paid by the Alta Wind V Owner Lessors for the interests conveyed was $488,003,048.83. The stipulation of this paragraph is without prejudice to either side's position regarding the relevance of the purchase prices for purposes of determining eligible basis under the Section 1603 Program.

**Alta Wind VI**

22.    A Terra-Gen subsidiary sold its 100% membership interests in Alta Wind VI, LLC (subsequently renamed Mustang Hills, LLC), which owned the Alta Wind VI project, to EverPower Wind Holdings, Inc. ("EverPower"). The transaction did not involve a leaseback. The transaction closed on May 9, 2012. The purchase price was $439,388,076.00, which was paid through $132,240,164.31 in cash, plus the assumption of $307,147,911.69 of liabilities. EverPower's purchase of the Terra-Gen subsidiary's membership interests in Mustang Hills, LLC was treated as a purchase of Mustang Hills' assets themselves for purposes of federal tax

law and the Section 1603 Program.  The stipulation of this paragraph is without prejudice to either side's position regarding the relevance of the purchase price for purposes of determining eligible basis under the Section 1603 Program.

**KPMG**

23.     For each of the Alta Wind Litigation Projects, the accounting firm KPMG, LLP ("KPMG") performed reviews, known as attestations, of the property comprising the projects based on client-provided categorizations of costs as eligible or ineligible under the Section 1603 Program.

24.     For each of the Alta Wind I-V Projects, KPMG produced two attestation reports. The first report concerned the costs to develop the project.  The second report concerned the purchase price paid by the buyers of the projects and allocated the purchase price among the assets deemed to have been acquired.  The stipulation of this paragraph is without prejudice to either side's position regarding the substance of the KPMG  reports or KPMG's process in creating them.

25.     For the Alta Wind I Project, the KPMG report on project development costs is at Bates numbers, KPMG- UNIONBANK0000329-346.  JX0098.

26.     For the Alta Wind I Project, the KPMG report on project purchase price is at Bates numbers KPMG- UNIONBANK0000438-451. JX0099.

27.     For the Alta Wind II Project, the KPMG report on project development costs is at Bates numbers KPMG- UNIONBANK0000703-722.  JX0093.

28.     For the Alta Wind II Project, the KPMG report on project purchase price is at Bates numbers KPMG- UNIONBANK0000214-217.  JX0096.

29.   For the Alta Wind III Project, the KPMG report on project development costs is at Bates numbers KPMG- UNIONBANK0000935-950.  JX0124.

30.   For the Alta Wind III Project, the KPMG report on project purchase price is at Bates numbers KPMG- UNIONBANK00001045-1049.  JX0127.

31.   For the Alta Wind IV Project, the KPMG report of on project development costs is at Bates numbers KPMG-UNIONBANK0001183-1200.  JX0139.

32.   For the Alta Wind IV Project, the KPMG report on project purchase price is at Bates numbers KPMG- UNIONBANK00001314-1326.  JX0140.

33.   For the Alta Wind V Project, the KPMG report on project development costs is at Bates numbers KPMG- UNIONBANK0001421-1437.  JX0151.

34.   For the Alta Wind V Project, the KPMG report on project purchase price is at Bates numbers KPMG- KPMG-UNIONBANK0001551-1561.  JX0152.

35.   For the Alta Wind VI Project, KPMG produced only one attestation report, on project purchase price.  That report is at Bates number KPMG-UNIONBANK0000155-170. JX0185.

**Section 1603 Applications and Awards**

36.   Each Plaintiff submitted a separate application to the U.S. Department of the Treasury ("Treasury") for a cash payment under Section 1603 of the American Recovery and Reinvestment Act of 2009 ("Section 1603").

37.    Each Plaintiff timely filed a Section 1603 application, as follows:

| Plaintiff | Application Submitted Date |
| --- | --- |
| Alta Wind I Owner Lessors C & D | January 11, 2011 |
| Alta Wind II Owner Lessors A, B, C, D, & E | January 14-17, 2011 |
| Alta Wind III Owner Lessors A, B, C, & D | April 19-20, 2011 |
| Alta Wind IV Owner Lessors A & B | May 26, 2011 |
| Alta Wind IV Owner Lessors C & D | May 26, 2011 |
| Alta Wind V Owner Lessors A & B | June 23-24, 2011 |
| Alta Wind V Owner Lessors C & D | June 24, 2011 |
| Mustang Hills | June 15, 2012 |

38.    Plaintiffs in their applications sought Section 1603 payments in the following amounts:

| Plaintiff | Cash Payment  Sought |
|---|---|
| Alta I Owner Lessor C | $39,102,000 |
| Alta I Owner Lessor D | $39,102,000 |
| Alta II Owner Lessor A | $33,018,738 |
| Alta II Owner Lessor B | $33,018,738 |
| Alta II Owner Lessor C | $26,414,990 |
| Alta II Owner Lessor D | $19,811,242 |
| Alta II Owner Lessor E | $19,811,242 |
| Alta III Owner Lessor A | $33,340,117 |
| Alta III Owner Lessor B | $33,340,117 |
| Alta III Owner Lessor C | $33,340,117 |
| Alta III Owner Lessor D | $33,340,117 |
| Alta IV Owner Lessor A | $21,659,412 |
| Alta IV Owner Lessor B | $21,659,412 |
| Alta IV Owner Lessor C | $21,659,412 |
| Alta IV Owner Lessor D | $21,659,412 |
| Alta V Owner Lessor A | $36,600,228 |
| Alta V Owner Lessor B | $36,600,228 |
| Alta V Owner Lessor C | $36,600,228 |
| Alta V Owner Lessor D | $36,600,228 |
| Alta VI/Mustang Hills | $126,262,300 |

39.    Treasury awarded Section 1603 payments to Plaintiffs in the following amounts:

| Plaintiff | Cash Payment Amount | Date of Cash Payment |
|---|---|---|
| Alta I Owner Lessor C | $29,974,983 | July 28, 2011 |
| Alta I Owner Lessor D | $29,974,983 | July 28, 2011 |
| Alta II Owner Lessor A | $22,791,621 | September 8, 2011 |
| Alta II Owner Lessor B | $22,791,621 | September 8, 2011 |
| Alta II Owner Lessor C | $18,233,297 | September 8, 2011 |
| Alta II Owner Lessor D | $13,674,973 | September 8, 2011 |
| Alta II Owner Lessor E | $13,674,973 | September 8, 2011 |
| Alta III Owner Lessor A | $23,093,966 | September 8, 2011 |
| Alta III Owner Lessor B | $23,093,966 | September 8, 2011 |
| Alta III Owner Lessor C | $23,093,966 | September 8, 2011 |
| Alta III Owner Lessor D | $23,093,966 | September 8, 2011 |
| Alta IV Owner Lessor A | $15,482,478 | October 24, 2011 |
| Alta IV Owner Lessor B | $15,482,478 | October 24, 2011 |
| Alta IV Owner Lessor C | $15,482,478 | October 24, 2011 |
| Alta IV Owner Lessor D | $15,482,478 | October 24, 2011 |
| Alta V Owner Lessor A | $25,649,674 | October 24, 2011 |
| Alta V Owner Lessor B | $25,649,674 | October 24, 2011 |
| Alta V Owner Lessor C | $25,649,674 | October 24, 2011 |
| Alta V Owner Lessor D | $25,649,674 | October 24, 2011 |
| Alta VI/Mustang Hills | $86,905,263 | October 1, 2012 |

Dated:  April 15, 2016                    Respectfully submitted,


                                          s/ Steven J. Rosenbaum
                                          Steven J. Rosenbaum
                                          (srosenbaum@cov.com)
                                          *Counsel of Record*
                                          Dennis B. Auerbach
                                          (dauerbach@cov.com)
                                          Thomas R. Brugato
                                          (tbrugato@cov.com)
                                          Margaret H. Brennan
                                          (mbrennan@cov.com)

                                          Covington & Burling LLP
                                          One CityCenter
                                          850 Tenth Street, NW
                                          Washington, DC 20001-4956
                                          (202) 662-5568
                                          (202) 778-5568 fax

                                          *Counsel for Plaintiffs*



                                          *s/ Michael J. Ronickher*
                                          Michael J. Ronickher
                                          *Counsel of Record*
                                          U.S. Department of Justice, Tax Division
                                          Court of Federal Claims Section
                                          Post Office Box 26
                                          Ben Franklin Post Office
                                          Washington, D.C. 20044
                                          Tel:  (202) 616-9085
                                          Fax: (202) 514-9440
                                          Michael.J.Ronickher@usdoj.gov

                                          CAROLINE D. CIRAOLO
                                            Acting Assistant Attorney General
                                          DAVID I. PINCUS
                                            Chief, Court of Federal Claims Section
                                          G. ROBSON STEWART
                                            Assistant Chief, Court of Federal Claims Section
                                          MIRANDA BUREAU
                                          Trial Attorney, Court of Federal Claims
                                              Section
                                          MARGARET E. SHEER

14

Trial Attorney, Court of Federal Claims
    Section

*s/ G. Robson Stewart*
Of Counsel

*Counsel for Defendant*