ALTA WIND vs. USA

CASE NO. 13-402

VOLUMES 1-9

MASTER INDEX

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS | VOIR |
|---|---|---|---|---|---|
| BLAYDON | 6-1506 | | | | 6-1556 |
| | 6-1561 | | | | |
| | 7-1589 | 7-1685 | | | |
| HUPLOSKY | 4-1038 | | | | |
| | 5-1092 | 5-1135 | 5-1201 | 5-1210 | |
| JAFFE | 9-1950 | | | | |
| JOHNSTON | 5-1213 | 5-1255 | | | |
| MARKOWITZ | 4-917 | 4-983 | | | |
| MAYDEW | 6-1335 | | | | 6-1355 |
| | 6-1367 | 6-1468 | 6-1503 | | |
| NEUBAUER | 7-1766 | 7-1777 | 7-1803 | | |
| | | | 8-1829 | 8-1832 | |
| PAGANO | 1-46 | | | | |
| | 2-296 | 2-435 | | | |
| | | 3-573 | 3-611 | 3-634 | |
| PARSONS | 8-1834 | | | | 8-1889 |
| REVOCK | 3-642 | 3-773 | 3-816 | 3-820 | 3-650 |
| | 3-681 | | | | |
| SETTLE | 5-1297 | 5-1310 | 5-1317 | 5-1325 | |
| SPENCER | 3-824 | | | | |
| | 4-847 | 4-879 | 4-906 | 4-914 | |

| <u>JX</u> | <u>PAGE</u> | <u>DESCRIPTION</u> |
|------|------|-------------|
| 1 - 2040 | 1-10 | \*\*\*Due to the volume of the joint exhibits, electronic submission only will be made to the Court, per Judge Wheeler\*\*\* |

| PX | PAGE | DESCRIPTION |
|---|---|---|
| 1 | 1-160 | Joint Letter to House Committee Chairs Ranking members and leadership Final |
| 2 | 1-160 | Joint Letter to Senate Committee Chairs Ranking members and leadership Final |
| 5 | 1-208 | Email from George Revock re: Revised Citigroup CHiPs Proposal |
| 7 | 3-710 | Email from George Revock re: Another question |
| 10 | 1-212 | Altas II-V Garrad Hassan Wind Report |
| 11 | 1-211 | Altas II-V Independent Engineer Report_2010.6.10 |
| 13 | 1-214 | Fully Executed Equity Commitment Letter |
| 16 | 3-767 | Email from Eric Smith re: CHiPs Tax Pricing Outputs, with attachments |
| 19 | 1-234 | Email from Jim Mras Re: Alta Wind I |
| 20 | 1-241 | Email from Christian O'Mara re: Alta I DAI DCF Valuation, with attachment |
| 21 | 1-255 | Email from Jeff Cast re: Alta Wind I: First Round Process Documents - GE EFS, with attachments |
| 23 | 1-260 | Email from Jeff Cast re: Alta Wind I: Sale Process |
| 25 | 1-263 | 10.12 index - 2010 Sale Process - Alta Wind I |
| 27 | 1-268 | Email from Jeff Cast re: Alta I |
| 29 | 1-270 | Email from Jeff Cast re: Alta Wind I Materials |
| 30 | 1-265 | Email from Jeff Cast re: Alta Wind I: 2nd Round Process Overview, with attachment |
| 31 | 1-272 | Email from Jeff Cast re: Alta Wind I Management Presentation Oct. 2010 |
| 32 | 1-273 | Email from Jeff Cast re: Management Presentation Timing Request |
| 33 | 1-266 | Alta I Wind Report |
| 39 | 2-307 | Email from Jeff Cast re: Alta I Data Site Access |

| | | |
|---|---|---|
| 40 | 2-307 | Email from Patrick Leahy re: Alta Wind I: Dataroom Access |
| 41 | 2-311 | Email from Eric Lammers re: Alta I Update |
| 42 | 2-309 | Email from Patrick Leahy re: Alta Wind I: Dataroom Access |
| 44 | 2-312 | Email from Michael Joyce re: Alta I Executed Mandate Letters |
| 45 | 5-1121 | Alta Wind I FMV Final Breakdown3.xlsx |
| 46 | 2-314 | Email from John DiMarco re: Alta Wind I Site Visit, with attachment |
| 52 | 4-975 | aw1_send_12_11.xls |
| 53 | 2-319 | Email from Damon Huplosky re: Appraisal Report - Alta Wind I |
| 58 | 2-321 | Email from John O'Connor re: Alta Closing |
| 60 | 4-954 | Sigma Alta I Wind Project Technical Due Diligence Report |
| 61 | 2-323 | Email from Lance Markowitz re: Alta I |
| 64 | 5-1237 | KPMG Evaluation of External Expert for Alta I - DAI |
| 68 | 5-1238 | KPMG Evaluation of External Expert for Alta II - DAI |
| 71 | 1-266 | Alta I IE Report |
| 74 -- Attachment | 5-1122 | Alta II Grant Study Report.xlsx |
| 75 -- Attachment 1 | 5-1116 | Alta Wind III Grant Study FMV Report 1-26-11.xlsx |
| 76 | 5-1239 | KPMG Evaluation of External Expert for Alta III - DAI |
| 92 -- Attachment 2 | 5-1116 | Alta Wind IV Grant Study FMV report 4-6-11.xlsx |
| 95 | 5-1239 | KPMG Evaluation of External Expert for Alta IV - DAI |
| 99 | 2-367 | 6.4 Alta 6 - GL GH Energy Assessment Report |
| 101 | 2-346 | Alta Wind VIII PPA Amendment #1 executed |

| 103 | 2-341 | 6.5 Alta 6 & 8 - E3 Engineering Advisor's Report |
| 108 -- Attachment 2 | 5-1116 | Alta Wind V Grant Study FMV Report 5-25-11.xlsx |
| 109 | 5-1240 | KPMG Evaluation of External Expert for Alta V - DAI |
| 115 | 2-340 | Alta Wind VIII CIM |
| 116 | 2-339 | Email from Eugene Shlossberg re: Alta 6 & 8 Analysis, with attachment |
| 117 | 2-341 | Email from Ken Wagner re: Data Room Index, with attachment |
| 118 | 2-342 | Email from Michael Farrell re: Alta VIII Wind Mgt Presentation, with attachments |
| 120 | 5-1254 | KPMG Letter to Ellen Neubauer 9.19.11 |
| 123 | 2-351 | Email from Christian O'Mara re: Alta 8 Update & Alta 6 Discussion, with attachment |
| 124 | 2-353 | Email from John DiMarco re: Alta VI - Round I, with attachments |
| 126 | 2-380 | Alta Wind IX PPA Amendment 1 fully executed |
| 132 | 5-1308 | Hoffmann Dep. Ex. 19 Altas I-V Application Review Checklists |
| 154 | 2-355 | Brookfield Proposal for Alta Wind VI, LLC |
| 155 | 2-357 | Email from Jeff Cast re: Alta 6 Indicative |
| 157 | 2-356 | Email from Christian O'Mara re: Alta VI indicative bid from Brookfield, with attachment |
| 160 | 2-358 | Email from Anu Yadav re: Alta VI, with attachment |
| 162 | 2-359 | Email from John DiMarco re: Alta Wind VI, with attachments |
| 163 | 7-1797 | Email from Ellen Neubauer re: alta I ppa - Pltfs. Dep. Exhibit 52 |
| 164 | 2-363 | Indicative Offer Letter |
| 165 | 2-365 | Email from John DiMarco re: |
| 166 | 2-365 | Email from Mas Ogiso re: Alta Wind 6, |

|     |        | with attachment |
|-----|--------|-----------------|
| 167 | 2-366  | Email from Jeff Cast re: Alta VI DD |
| 169 | 2-369  | Email from Karalyn Emrich re: AW6 Site Visit, with attachment |
| 173 | 2-378  | Alta Wind IX Energy Production Report |
| 177 | 2-369  | Email from Michael Farrell re: Alta VI - Q&A (round 20), with attachment |
| 180 | 4-848  | Email from Sean Toland re: Project Serenity Deck and Model, with attachment |
| 181 | 2-345  | Email from Seamus O'Rourke re: Closing Alta VI & VII Model, with attachment |
| 183 | 7-1802 | IRS PLR 201214007 |
| 185 | 5-1240 | KPMG Evaluation of External Expert for Alta VI - DAI |
| 188 | 7-1802 | Email from Charles Ramsey re: Call/Meeting to discuss PLR regarding PPAs - Pltf. Dep. Exhibit 54 |
| 191 | 4-874  | Email from James Spencer re: Mustang Hills |
| 192 | 4-862  | Email from Charles Williams re: AW6 - Sources and Uses 5.9.12, with attachment |
| 193 | 1-421  | Email from Jeff Cast re: AW6 - Sources and Uses, 5.9.12.xlsx, with attachment |
| 194 | 2-343  | Purchase Agreement (Execution Copy) |
| 195 | 1-264  | EntireUsersGroupsList |
| 196 | 1-210  | Dataroom Index |
| 197 | 1-209  | EntireUsersGroupsList |
| 198 | 2-366  | DocumentListExport |
| 199 | 2-365  | EntireUsersGroupsList |
| 201 | 2-377  | Alta Wind VII & IX Generating Facilities, Confidential Information Memorandum |
| 203 | 2-380  | Alta VII_XI Project Model - Aug 2012.xlsx |
| 204 | 2-381  | Alta IX - Agreement for Purchase of Membership Interests |

| 205 | 5-1307 | Mustang Hills Application Review Checklist |
| 217 | 2-382 | Alta IX Sale Price.xlsx |
| 218 | 2-414 | Alta 1-6 Land Analysis.xlsx |
| 219 | 2-415 | Alta Land Fair Value Support File.xlsx |
| 220 | 7-1803 | Case History - Pltf. Dep. Exhibit 56 |
| 221 | 1-82 | Map 01: Alta 1-9 Overview Map |
| 222 | 1-189 | Map 02: Alta 1-6 Eligibility Map |
| 223 | 1-90 | Map 03: Alta 1-6 Land Acquisition Map |
| 224 | 1-92 | Map 04: Alta 1-6 Project Roads |
| 225 | 1-63 | Photo 01: LA and surrounding area at night (aerial) |
| 226 | 1-65 | Photo 02: Map of Tehachapi Pass |
| 227 | 1-67 | Photo 03: NREL Map re Wind Power |
| 228 | 1-69 | Photo 04: Tehachapi Pass (wind turbines) |
| 229 | 1-70 | Photo 05: Tehachapi Renewable Transmission Project (SCE) |
| 230 | 1-226 | Photo 06: Google Earth Image of Alta I |
| 231 | 1-132 | Photo 07: Turbine Anatomy Diagram |
| 232 | 1-133 | Photo 08: Evolution of wind turbines |
| 233 | 1-134 | Photo 09: Turbine compared to Statue of Liberty |
| 235 | 1-135 | Photo 11: Alta I Wind Farm Diagram |
| 236 | 1-136 | Photo 12: Cutting of roads |
| 237 | 1-138 | Photo 13: Alta I Pier Foundation Drawing |
| 238 | 1-138 | Photo 14: Alta I Pier Foundation Drawing (Dimensions Call Out) |
| 239 | 1-138 | Photo 15: Turbine pier foundation excavation |
| 240 | 1-139 | Photo 16: Turbine pier foundation excavation |
| 241 | 1-139 | Photo 17: Turbine pier foundation excavation |
| 242 | 1-140 | Photo 18: Outer can transport |
| 244 | 1-140 | Photo 20: Outer can installation |

| 245 | 1-141 | Photo 21: Pouring cement |
| 247 | 1-141 | Photo 23: Rebar installation |
| 248 | 1-142 | Photo 24: Completed pier foundation |
| 249 | 1-142 | Photo 25: Completed spread foundation |
| 251 | 1-143 | Photo 27: Aerial view of site: Tower Storage |
| 252 | 1-144 | Photo 28: Aerial view of turbine component storage |
| 253 | 1-144 | Photo 29: Truck progression carrying towers |
| 254 | 1-145 | Photo 30: Tower construction progress - Crane installing tower |
| 255 | 1-145 | Photo 31: Tower construction progress |
| 256 | 1-146 | Photo 32: Tower construction progress |
| 257 | 1-146 | Photo 33: Tower construction progress |
| 258 | 1-147 | Photo 34: Tower construction progress |
| 259 | 1-147 | Photo 35: Hub internal |
| 260 | 1-148 | Photo 36: Blade storage |
| 261 | 1-148 | Photo 37: Blade close up |
| 262 | 1-149 | Photo 38: Blade transport |
| 263 | 1-149 | Photo 39: Crane installing blade |
| 264 | 1-149 | Photo 40: Cranes and completed turbines |
| 266 | 1-150 | Photo 42: Laying cable |
| 267 | 1-151 | Photo 43: Cable spools |
| 268 | 1-151 | Photo 44: Transformer transport |
| 269 | 1-152 | Photo 45: Transformer transport |
| 270 | 1-153 | Photo 46: Substation area |
| 271 | 1-153 | Photo 47: Substation area |
| 272 | 1-154 | Photo 48: Substation internal |
| 277 | 1-154 | Photo 53: Large number of workers on site |
| 279 | 1-101 | Demonstrative 01: Alta Project Environmental Mitigation Requirements |
| 280 | 1-156 | Demonstrative 02: Construction Metrics |

| | | |
|---|---|---|
| 281 | 1-177 | Demonstrative 03: Purchase Prices Paid for Eight Alta Facilities |
| 282 | 1-179 | Demonstrative 04: Purchase of the Alta Wind II Facility |
| 283 | 1-179 | Demonstrative 05: Purchase of the Alta Wind III Facility |
| 284 | 1-180 | Demonstrative 06: Purchase of the Alta Wind IV Facility |
| 285 | 1-180 | Demonstrative 07: Purchase of the Alta Wind V Facility |
| 286 | 1-183 | Demonstrative 08: Purchase Date and Amounts, Alta II – V Facilities |
| 287 | 1-226 | Demonstrative 09: Sale-Leaseback of Alta Wind Facilities IV and V |
| 288 | 1-228 | Demonstrative 10: Purchase of the Alta Wind I Facility |
| 289 | 2-362 | Demonstrative 11: Sale-Leaseback of Alta Wind Facility I |
| 292 | 2-419 | Demonstrative 14: Form of Payments Made by the Purchasers |
| 294 | 1-52 | Demonstrative 16: Renewable Energy Projects Developed, Owned, or Operated by Terra-Gen |
| 295 | 1-89 | Demonstrative 17: AllCo Development Milestones Prior to Terra-Gen Acquisition |
| 296 | 1-101 | Demonstrative 18: Alta I-VI Development Milestones Post Terra-Gen Acquisition |
| 298 | 1-127 | Demonstrative 20: Employees and Consultants Hired by Terra-Gen to Assist in the Development and Construction of the Alta Wind Facility |
| 299 | 7-1684 | Blaydon TerraGen Report - Corrected for Typos |
| 300 | 7-1684 | Blaydon Report Exhibit 1A Blaydon CV |
| 301 | 7-1684 | Blaydon Report Exhibit 1B Blaydon Testimony |

| 302 | 7-1684 | Blaydon Report Exhibit 2 Materials Considered |
| 303 | 7-1684 | Blaydon Report Exhibit 3 Adjusted Transaction Prices.xlsx |
| 304 | 7-1684 | Blaydon Report Exhibit 4A Alta I+II CAMP.xlsx |
| 305 | 7-1684 | Blaydon Report Exhibit 4B Alta III CAMP.xlsx |
| 306 | 7-1684 | Blaydon Report Exhibit 4C Alta IV CAMP.xlsx |
| 307 | 7-1684 | Blaydon Report Exhibit 4D Alta V CAMP.xlsx |
| 308 | 7-1684 | Blaydon Report Exhibit 4E Alta VI CAMP.xlsx |
| 309 | 7-1684 | Blaydon Report Exhibit 5A Alta I DCF.xlsx |
| 310 | 7-1684 | Blaydon Report Exhibit 5B Alta II DCF.xlsx |
| 311 | 7-1684 | Blaydon Report Exhibit 5C Alta III DCF.xlsx |
| 312 | 7-1684 | Blaydon Report Exhibit 5D Alta IV DCF.xlsx |
| 313 | 7-1684 | Blaydon Report Exhibit 5E Alta V DCF.xlsx |
| 314 | 7-1684 | Blaydon Report Exhibit 5F Alta VI DCF.xlsx |
| 315 | 7-1684 | Blaydon Report Exhibit 5G Alta I Post-PPA Pricing Sensitivity DCF.xlsx |
| 316 | 7-1684 | Blaydon Report Exhibit 5H Alta II Post-PPA Pricing Sensitivity DCF.xlsx |
| 317 | 7-1684 | Blaydon Report Exhibit 5I Alta III Post-PPA Pricing Sensitivity DCF.xlsx |
| 318 | 7-1684 | Blaydon Report Exhibit 5J Alta IV Post-PPA Pricing Sensitivity DCF.xlsx |
| 319 | 7-1684 | Blaydon Report Exhibit 5K Alta V Post-PPA Pricing Sensitivity DCF.xlsx |
| 320 | 7-1684 | Blaydon Report Exhibit 5L Alta VI Post-PPA Pricing Sensitivity DCF.xlsx |
| 321 | 7-1684 | Blaydon Report Exhibit 5M Alta VI PPA Pricing Sensitivity DCF.xlsx |

| | | |
|---|---|---|
| 322 | 7-1684 | Blaydon Report Exhibit 6A NREL Wind Map of Southern California |
| 323 | 7-1684 | Blaydon Report Exhibit 6B NREL Wind Map of Southern California |
| 324 | 7-1684 | Blaydon Report Exhibit 7 Padilla Report PPA Proces.xlsx |
| 325 | 7-1684 | Blaydon Report Exhibit 8 Terra-Gen Alta 1-6 Land Analysis.xlsx |
| 326 | 6-1468 | Plaintiffs Report of Prof. Maydew |
| 328 | 7-1684 | Blaydon Rebuttal Report |
| 329 | 6-1468 | Maydew Rebuttal Report |
| 381 | 4-877 | EverPower Sigma Report |
| 387 | 7-1642 | M. Martin-Tretton et al., "Data Collection for Current US Wind Energy Projects: Component Costs, Financing, Operations, and Maintenance," National Energy Renewable Laboratory |
| 389 | 7-1613 | California Public Utilities Commission, "The Padilla Report to the Legislature, The Costs of Renewables in Compliance with Senate Bill 836 (Padilla, 2011)" |
| 394 | 6-1576 | "California Renewables Portfolio Standard (RPS)," California Public Utilities Commission, http://www.cpuc.ca.gov/PUC/energy/Renewables/, accessed October 16, 2015 |
| 437 | 3-755 | Pacific Wind Lease Agreement |
| 438 | 2-344 | Alta VIII Sellers Disclosure Schedules |
| 439 | 2-363 | Alta VIII Agreement for Purchase of Membership Interests |
| 440 | 2-363 | Alta VIII Annex I Definitions |
| 441 | 2-363 | Alta VIII Exhibit A Description of the Project |
| 442 | 2-363 | Alta VIII Exhibit B-1 Form of Sellers Officer's Certificate |
| 443 | 2-363 | Alta VIII Exhibit B-2 Form of Purchaser's Officer's Certificate |

| | | |
|---|---|---|
| 444 | 2-363 | Alta VIII Exhibit C Form of Change Order under the Construction Management Agreement |
| 445 | 2-363 | Alta VIII Exhibit D Form of Affiliate Release and Waiver |
| 446 | 2-363 | Alta VIII Exhibit E Form of Build-Out Agreement |
| 447 | 2-363 | Alta VIII Exhibit F Form of Common Facilities Agreement Amendment |
| 448 | 2-363 | Alta VIII Exhibit G-1 Form of Asset Management Assignment Agreement |
| 449 | 2-363 | Alta VIII Exhibit G-2 Form of O&M Agreement Assignment Agreement |
| 450 | 2-363 | Alta VIII Exhibit H Form of AWD Real Property Conveyance |
| 451 | 2-363 | Alta VIII Exhibit I Construction Budget and Schedule |
| 452 | 2-363 | Alta VIII Exhibit J Form of E3 Reliance Letter |
| 453 | 2-363 | Alta VIII Exhibit K Form of Membership Interest Assignment Agreement |
| 454 | 2-363 | Alta VIII Exhibit L Form of Non-Imputation Affidavit |
| 455 | 2-363 | Alta VIII See Tab 40 |
| 456 | 2-363 | Alta VIII Exhibit N Form of Sponsor Guaranty |
| 457 | 2-363 | Alta VIII Exhibit O Form of Sponsor Cash Collateral Agreement |
| 458 | 2-363 | Alta VIII Exhibit P Form of Sponsor Letter of Credit |
| 459 | 2-363 | Alta VIII Exhibit Q Form of Tax Indemnity Agreement |
| 460 | 2-363 | Alta VIII See Tab 41 |
| 461 | 2-363 | Alta VIII Exhibit S Form of Lender Consent |
| 462 | 2-363 | Alta VIII Seller Disclosure Schedule to the Agreement of Purchase Membership Interests |

| | | |
|---|---|---|
| 463 | 2-363 | Alta VIII Purchaser Disclosure Schedule to the Agreement for Purchase Membership Interests |
| 464 | 2-363 | Alta VIII Assignment and Assumption Agreement |
| 465 | 2-363 | Alta VIII Assignment and Assumption Agreement |
| 466 | 2-363 | Alta VIII Order Authorizing Disposition of Jurisdictional Facilities |
| 467 | 2-363 | Alta VIII Request for Early Termination Granted |
| 468 | 2-363 | Alta VIII Affiliate Release and Waiver |
| 469 | 2-363 | Alta VIII Tax Indemnity Agreement |
| 470 | 2-363 | Alta VIII O&M Agreement Assignment Agreement |
| 471 | 2-363 | Alta VIII Asset Management Agreement Assignment Agreement |
| 472 | 2-363 | Alta VIII Assignment and Assumption Agreement |
| 473 | 2-363 | Alta VIII First Amendment to Sponsor Indemnity Agreement |
| 474 | 2-363 | Alta VIII Grant Deed |
| 475 | 2-363 | Alta VIII First Amendment to Deed of Trust, Security Agreement, Assignment of Leases, Rents and Profits, Financing Statement and Fixture Filing and Request for Notice |
| 476 | 2-363 | Alta VIII Termination of Wind Energy Site Lease |
| 477 | 2-363 | Alta VIII Reliance Letter for Independent Engineer's Review of Completion Costs |
| 478 | 2-363 | Alta VIII Credit Support Agreement |
| 479 | 2-363 | Alta VIII Equity Contribution Agreement |
| 480 | 2-363 | Alta VIII Declaration of Development and Operations Covenants, Conditions and Restrictions |

| 481 | 2-363 | Alta VIII Second Amendment to First Amended and Restated Shared Facilities Agreement |
| 482 | 2-363 | Alta VIII Memorandum of Second Amendment to First Amended and Restated Alta Wind Energy Center Shared Facilities Agreement |
| 483 | 2-363 | Alta VIII Purchaser's Officer's Certificate |
| 484 | 2-363 | Alta VIII Incumbency Certificate |
| 485 | 2-363 | Alta VIII Incumbency Certificate |
| 486 | 2-363 | Alta VIII Certificate of the Assistant Secretary |
| 487 | 2-363 | Alta VIII Pledge Agreement |
| 488 | 2-363 | Alta VIII Consent and Agreement Operation and Maintenance Agreement |
| 489 | 2-363 | Alta VIII Consent and Agreement Asset Management Agreement |
| 490 | 2-363 | Alta VIII UCC Financing Statement |
| 491 | 2-363 | Alta VIII Certificate of Membership Units |
| 492 | 2-363 | Alta VIII Omnibus Amendment and Consent |
| 493 | 2-363 | Alta VIII Omnibus Amendment and Consent |
| 494 | 2-363 | Alta VIII Secretary's Certificate |
| 495 | 2-363 | Alta VIII Secretary's Certificate |
| 496 | 2-363 | Alta VIII Secretary's Certificate |
| 497 | 2-363 | Alta VIII Secretary's Certificate |
| 498 | 2-363 | Alta VIII E3 Confidential Memorandum |
| 499 | 2-363 | Alta VIII UCC Financing Statement Amendment |
| 500 | 2-363 | Alta VIII Waiver of Ownership Restriction |
| 501 | 2-363 | Alta VIII Consent |
| 502 | 2-363 | Alta VIII Consent |
| 503 | 2-363 | Alta VIII Consent |
| 504 | 2-363 | Alta VIII Seller's Officer's Certificate |
| 505 | 2-363 | Alta VIII Officer's Certificate |
| 506 | 2-363 | Alta VIII FIRPTA Certification |

| 507 | 2-363 | Alta VIII Resignation |
| 508 | 2-363 | Alta VIII Change Order and Amendment No 1 to Construction Management Agreement |
| 509 | 2-363 | Alta VIII Certificate of Good Standing |
| 510 | 2-363 | Alta VIII Stewart Non-Imputation Affidavit |
| 511 | 2-363 | Alta VIII Contingent Guaranty |
| 512 | 2-363 | Alta VIII Contingent Guaranty |
| 513 | 2-363 | Alta VIII Contingent Guaranty |
| 514 | 2-363 | Alta VIII Contingent Guaranty |
| 515 | 2-363 | Alta VIII Contingent Guaranty |
| 516 | 2-363 | Alta VIII Citibank Letter of Credit |
| 517 | 2-363 | Alta VIII Citibank Letter of Credit |
| 518 | 2-363 | Alta VIII Cash Collateral Agreement |
| 519 | 2-363 | Alta VIII Blocked Account Control Agreement |
| 520 | 2-345 | Alta VIII Supplement to the Seller Disclosure Schedule |
| 521 | 2-383 | Alta IX Agreement for Purchase Membership Interests |
| 522 | 2-383 | Alta IX Exhibit A Form of Seller Parent Guaranty |
| 523 | 2-383 | Alta IX Seller Disclosure Schedule to the Agreement for Purchase of Membership Interests |
| 524 | 2-383 | Alta IX Schedule 1.2 Knowledge of Sellers |
| 525 | 2-383 | Alta IX Schedule 2.5 Governmental Authority Approvals |
| 526 | 2-383 | Alta IX Schedule 2.5(d) Seller Third Party Consents |
| 527 | 2-383 | Alta IX Schedule 2.5(t) Required Crossing Agreements and/or Easements |
| 528 | 2-383 | Alta IX Schedule 2.5(u) Estoppel Certificates |
| 529 | 2-383 | Alta IX Schedule 3.1(g) Taxes |

| | | |
|---|---|---|
| 530 | 2-383 | Alta IX Schedule 3.1(h) Financial Statements |
| 531 | 2-383 | Alta IX Schedule 3.1(l) Permits |
| 532 | 2-383 | Alta IX Schedule 3.1(m) Insurance |
| 533 | 2-383 | Alta IX Schedule 3.1(n) Real Property |
| 534 | 2-383 | Alta IX Schedule 3.1(q) Material Contracts |
| 535 | 2-383 | Alta IX Schedule 3.1(s) Affiliate Transactions |
| 536 | 2-383 | Alta IX Schedule 3.1(x) Intellectual Property |
| 537 | 2-383 | Alta IX Schedule 3.1(z) Bank Accounts |
| 538 | 2-383 | Alta IX Schedule 3.1(aa) Powers of Attorney |
| 539 | 2-383 | Alta IX Schedule 3.1(hh) Reports |
| 540 | 2-383 | Alta IX Schedule 4.1 Conduct of Operations |
| 541 | 2-383 | Alta IX Schedule 4.8 Support Obligations |
| 542 | 2-383 | Alta IX Schedule 4.10 Insurance - Specified Remaining Policies |
| 543 | 2-383 | Alta IX Schedule 3.2(e) Governmental Authority Approvals |
| 544 | 2-383 | Alta IX Schedule 3.2(e) Governmental Authority Approvals |
| 545 | 2-383 | Alta IX Seller Parent Guaranty |
| 546 | 2-383 | Alta IX Purchaser Parent Guaranty |
| 547 | 2-383 | Alta IX Assignment and Assumption Agreement |
| 548 | 2-383 | Alta IX Amended and Restated Construction Management Agreement |
| 549 | 2-383 | Alta IX Exhibit A to Construction Management Agreement Construction Manager's Services |
| 550 | 2-383 | Alta IX Schedule 4.1(b) to Exhibit A to Construction Management Agreement |

| 551 | 2-383 | Alta IX Exhibit B to Construction Management Agreement Owner's Responsibilities |
| 552 | 2-383 | Alta IX Exhibit C to Construction Management Agreement Construction Manager's Standard Rates |
| 553 | 2-383 | Alta IX Conditional Waiver and Release on Progress Payment |
| 554 | 2-383 | Alta IX Conditional Waiver and Release on Final Payment |
| 555 | 2-383 | Alta IX Exhibit E to Construction Management Agreement |
| 556 | 2-383 | Alta IX Schedule 14 to Construction Management Agreement |
| 557 | 2-383 | Alta IX Amended and Restated Operation and Maintenance Agreement |
| 558 | 2-383 | Alta IX Confirmation in respect of Section 2.3 of the LGIA Co-Tenancy Agreement |
| 559 | 2-383 | Alta IX Affiliate Release and Waiver |
| 560 | 2-383 | Alta IX Reliance Letter for Independent Engineer's Review of Completion Costs |
| 561 | 2-383 | Alta IX Notice of Initial Synchronization for the Alta Wind VII Portion of the Alta 2012 Project |
| 562 | 2-383 | Alta IX Alta Wind VII (INFILL) - ALTA ACSM Survey |
| 563 | 2-383 | Alta IX Policy of Title Insurance |
| 564 | 2-383 | Alta IX Amended and Restated Alta Energy Center Shared Facilities Agreement No. 2 |
| 565 | 2-383 | Alta IX First Amendment to Agreement for Purchase and Sale of Mitigation Values |
| 566 | 2-383 | Alta IX Assignment and Assumption Agreement |
| 567 | 2-383 | Alta IX First Amendment to Wind Energy Site Lease |
| 568 | 2-383 | Alta IX Easement Agreement |

| 569 | 2-383 | Alta IX Partial Assignment and Assumption Agreement |
| 570 | 2-383 | Alta IX Opinion Agreement and Joint Escrow Instructions |
| 571 | 2-383 | Alta IX Stewart Non-Imputation Affidavit |
| 572 | 2-383 | Alta IX Order Authorizing Disposition of Jurisdictional Facilities |
| 573 | 2-383 | Alta IX Waiver of Ownership Restriction |
| 574 | 2-383 | Alta IX Omnibus Amendment and Consent |
| 575 | 2-383 | Alta IX Guaranty Agreement |
| 576 | 2-383 | Alta IX Notice of Waiver |
| 577 | 2-383 | Alta IX Notice of Termination and Waiver |
| 578 | 2-383 | Alta IX Determination of No Hazard to Air Navigation |
| 579 | 2-383 | Alta IX Determination of No Hazard to Air Navigation |
| 580 | 2-383 | Alta IX Alta Wind Infill II Microwave Link Analysis |
| 581 | 2-383 | Alta IX FIRPTA Certification |
| 582 | 2-383 | Alta IX Seller's Officer's Certificate |
| 583 | 2-383 | Alta IX Secretary's Certificate |
| 584 | 2-383 | Alta IX Management Committee Appointment |
| 585 | 2-383 | Alta IX Resignation |
| 586 | 2-383 | Alta IX Certificate of Good Standing |
| 587 | 2-383 | Alta IX Certificate of Good Standing |
| 588 | 2-383 | Alta IX Certificate of Status |
| 589 | 2-383 | Alta IX Amended and Restated Limited Liability Company Agreement |
| 590 | 2-383 | Alta IX First Amendment to the Amended and Restated Limited Liability Company Agreement |
| 591 | 2-383 | Alta IX Amended and Restated Limited Liability Company Agreement |
| 592 | 2-383 | Alta IX First Amendment to the Amended and Restated Limited Liability Company Agreement |

| | | |
|---|---|---|
| 593 | 2-383 | Alta IX Certificate of Amendment |
| 594 | 2-383 | Alta IX Certificate of Amendment |
| 595 | 2-383 | Alta IX Amended Certificate of Registration |
| 596 | 2-383 | Alta IX CT Lien Solutions Filing Results |
| 597 | 2-383 | Alta IX CT Lien Solutions Filing Results |
| 598 | 2-383 | Alta IX Agreement for Purchase Membership Interests |
| 599 | 2-383 | Alta IX Exhibit A Form of Seller Parent Guaranty |
| 600 | 2-383 | Alta IX Seller Disclosure Schedule to the Agreement for Purchase of Membership Interests |
| 601 | 2-383 | Alta IX Schedule 1.2 Knowledge of Sellers |
| 602 | 2-383 | Alta IX Schedule 2.5 Governmental Authority Approvals |
| 603 | 2-383 | Alta IX Schedule 2.5(d) Seller Third Party Consents |
| 604 | 2-383 | Alta IX Schedule 2.5(t) Required Crossing Agreements and/or Easements |
| 605 | 2-383 | Alta IX Schedule 2.5(u) Estoppel Certificates |
| 606 | 2-383 | Alta IX Schedule 3.1(g) Taxes |
| 607 | 2-383 | Alta IX Schedule 3.1(h) Financial Statements |
| 608 | 2-383 | Alta IX Schedule 3.1(l) Permits |
| 609 | 2-383 | Alta IX Schedule 3.1(m) Insurance |
| 610 | 2-383 | Alta IX Schedule 3.1(n) Real Property |
| 611 | 2-383 | Alta IX Schedule 3.1(q) Material Contracts |
| 612 | 2-383 | Alta IX Schedule 3.1(s) Affiliate Transactions |
| 613 | 2-383 | Alta IX Schedule 3.1(x) Intellectual Property |
| 614 | 2-383 | Alta IX Schedule 3.1(z) Bank Accounts |

| | | |
|---|---|---|
| 615 | 2-383 | Alta IX Schedule 3.1(aa) Powers of Attorney |
| 616 | 2-383 | Alta IX Schedule 3.1(hh) Reports |
| 617 | 2-383 | Alta IX Schedule 4.1 Conduct of Operations |
| 618 | 2-383 | Alta IX Schedule 4.8 Support Obligations |
| 619 | 2-383 | Alta IX Schedule 4.10 Insurance - Specified Remaining Policies |
| 620 | 2-383 | Alta IX Schedule 3.2(e Governmental Authority Approvals |
| 621 | 2-383 | Alta IX Schedule 3.2(e Governmental Authority Approvals |
| 622 | 2-383 | Alta IX Seller Parent Guaranty |
| 623 | 2-383 | Alta IX Purchaser Parent Guaranty |
| 624 | 2-383 | Alta IX Assignment and Assumption Agreement |
| 625 | 2-383 | Alta IX Amended and Restated Construction Management Agreement |
| 626 | 2-383 | Alta IX Exhibit A to Construction Management Agreement Construction Manager's Services |
| 627 | 2-383 | Alta IX Schedule 4.1(b) to Exhibit A to Construction Management Agreement |
| 628 | 2-383 | Alta IX Exhibit B to Construction Management Agreement Owner's Responsibilities |
| 629 | 2-383 | Alta IX Exhibit C to Construction Management Agreement Construction Manager's Standard Rates |
| 630 | 2-383 | Alta IX Conditional Waiver and Release on Progress Payment |
| 631 | 2-383 | Alta IX Conditional Waiver and Release on Final Payment |
| 632 | 2-383 | Alta IX Exhibit E to Construction Management Agreement |
| 633 | 2-383 | Alta IX Schedule 14 to Construction Management Agreement |
| 634 | 2-383 | Alta IX Amended and Restated Operation |

| | | |
|---|---|---|
| | | and Maintenance Agreement |
| 635 | 2-383 | Alta IX Confirmation in respect of Section 2.3 of the LGIA Co-Tenancy Agreement |
| 636 | 2-383 | Alta IX Affiliate Release and Waiver |
| 637 | 2-383 | Alta IX Reliance Letter for Independent Engineer's Review of Completion Costs |
| 638 | 2-383 | Alta IX Alta Wind IX (INFILL) - Alta ACSM Survey |
| 639 | 2-383 | Alta IX Policy of Title Insurance |
| 640 | 2-383 | Alta IX Assignment and Assumption Agreement |
| 641 | 2-383 | Alta IX First Amendment to Wind Energy Site Lease |
| 642 | 2-383 | Alta IX Stewart Non-Imputation Affidavit |
| 643 | 2-383 | Alta IX Waiver of Ownership Restriction |
| 644 | 2-383 | Alta IX Omnibus Amendment and Consent |
| 645 | 2-383 | Alta IX Guaranty Agreement |
| 646 | 2-383 | Alta IX Notice of Waiver |
| 647 | 2-383 | Alta IX Notice of Termination and Waiver |
| 648 | 2-383 | Alta IX Determination of No Hazard to Air Navigation |
| 649 | 2-383 | Alta IX FIRPTA Certification |
| 650 | 2-383 | Alta IX Seller's Officer's Certificate |
| 651 | 2-383 | Alta IX Secretary's Certificate |
| 652 | 2-383 | Alta IX Management Committee Appointment |
| 653 | 2-383 | Alta IX Resignation |
| 654 | 2-383 | Alta IX Certificate of Good Standing |
| 655 | 2-383 | Alta IX Certificate of Good Standing |
| 656 | 2-383 | Alta IX Certificate of Status |
| 657 | 2-383 | Alta IX Amended and Restated Limited Liability Company Agreement |

| 658 | 2-383 | Alta IX First Amendment to the Amended and Restated Limited Liability Company Agreement |
| 659 | 2-383 | Alta IX Amended and Restated Limited Liability Company Agreement |
| 660 | 2-383 | Alta IX First Amendment to the Amended and Restated Limited Liability Company Agreement |
| 661 | 2-383 | Alta IX Certificate of Amendment |
| 662 | 2-383 | Alta IX Certificate of Amendment |
| 663 | 2-383 | Alta IX Amended Certificate of Registration |
| 664 | 2-383 | Alta IX CT Lien Solutions Filing Results |
| 665 | 2-383 | Alta IX CT Lien Solutions Filing Results |
| 666 | 2-383 | Alta IX Credit Agreement |
| 667 | 2-383 | Alta IX Form of Construction Loan Notice of Borrowing |
| 668 | 2-383 | Alta IX Form of Cash Grant Loan Notice of Borrowing |
| 669 | 2-383 | Alta IX Form of DSR Loan Notice of Borrowing |
| 670 | 2-383 | Alta IX Form of Notice of Term Conversion |
| 671 | 2-383 | Alta IX Closing Date Base Case Model |
| 672 | 2-383 | Alta IX Form of Construction Loan Note |
| 673 | 2-383 | Alta IX Form of Cash Grant Loan Note |
| 674 | 2-383 | Alta IX Form of Term Loan Note |
| 675 | 2-383 | Alta IX Form of LC Loan Note |
| 676 | 2-383 | Alta IX Form of DSR Loan Note |
| 677 | 2-383 | Alta IX Form of Assignment and Assumption Agreement |
| 678 | 2-383 | Alta IX Form of Construction Budget and Schedule |
| 679 | 2-383 | Alta IX Form of Annual Operating Budget |
| 680 | 2-383 | Alta IX Form of LC Issuance Notice |
| 681 | 2-383 | Alta IX Form of Exemption Certificate |
| 682 | 2-383 | Alta IX Form of Closing Date Certificate |

| | | |
|---|---|---|
| 683 | 2-383 | Alta IX Form of Pledge Agreement |
| 684 | 2-383 | Alta IX Form of Security Agreement |
| 685 | 2-383 | Alta IX Form of Summary Operating Report |
| 686 | 2-383 | Alta IX Form of Cash Grant Support Letter of Credit |
| 687 | 2-383 | Alta IX Form of Interest Rate Agreement |
| 688 | 2-383 | Alta IX Schedule 1.1A Commitments |
| 689 | 2-383 | Alta IX Schedule 1.1.B Amortization Schedule |
| 690 | 2-383 | Alta IX Schedule 1.1C Environmental Site Assessments |
| 691 | 2-383 | Alta IX Schedule 1.1D Knowledge Parties |
| 692 | 2-383 | Alta IX Schedule 3.1(z) Legal Actions and Proceedings |
| 693 | 2-383 | Alta IX Schedule 4.15 Permits |
| 694 | 2-383 | Alta IX Schedule 4.18 Environmental |
| 695 | 2-383 | Alta IX Schedule 4.19(a) Mortgaged Property |
| 696 | 2-383 | Alta IX Schedule 4.19(b) Site Leases |
| 697 | 2-383 | Alta IX Schedule 4.19(c Condemnation Proceedings/Changes in Zoning |
| 698 | 2-383 | Alta IX Schedule 4.21 Road and Feeder Lines |
| 699 | 2-383 | Alta IX Schedule 4.34(a) UCC Filing Jurisdictions |
| 700 | 2-383 | Alta IX Schedule 4.34(b) Deed of Trust Filing Jurisdiction |
| 701 | 2-383 | Alta IX Schedule 5.4 Insurance Requirements |
| 702 | 2-383 | Alta IX Depositary Agreement |
| 703 | 2-383 | Alta IX Form of Construction Requisition |
| 704 | 2-383 | Alta IX Form of IE Requisition Certificate |
| 705 | 2-383 | Alta IX Form of Restoration Requisition |
| 706 | 2-383 | Alta IX Form of Title Event Requisition |
| 707 | 2-383 | Alta IX Form of Withdrawal Certificate |

| 708 | 2-383 | Alta IX Form of Officer's Certificate |
| 709 | 2-383 | Alta IX Form of Distribution Certificate |
| 710 | 2-383 | Alta IX Addresses for Notices |
| 711 | 2-383 | Alta IX Security Agreement |
| 712 | 2-383 | Alta IX Schedule 1 Instrument, Chattel Paper and Certificated Securities |
| 713 | 2-383 | Alta IX Schedule 2 Commercial Tort Claims |
| 714 | 2-383 | Alta IX Schedule 3 Location of Inventory and Equipment |
| 715 | 2-383 | Alta IX Schedule 4 Location of Books and Records |
| 716 | 2-383 | Alta IX Pledge Agreement |
| 717 | 2-383 | Alta IX Equity Contribution Agreement |
| 718 | 2-383 | Alta IX Sponsor Indemnity Agreement |
| 719 | 2-383 | Alta IX Citibank Letter of Credit |
| 720 | 2-383 | Alta IX Construction Loan Note |
| 721 | 2-383 | Alta IX Certificate of Membership Units |
| 722 | 2-383 | Alta IX UCC Filing Acknowledgement |
| 723 | 2-383 | Alta IX Omnibus Amendment and Consent |
| 724 | 2-383 | Alta IX Letter from MidAmerican Energy |
| 725 | 2-383 | Alta IX Secretary's Certificate |
| 726 | 2-383 | Alta IX Secretary's Certificate |
| 727 | 2-383 | Alta IX Secretary's Certificate |
| 728 | 2-383 | Alta IX Credit Agreement |
| 729 | 2-383 | Alta IX Form of Construction Loan Notice of Borrowing |
| 804 | 8-1940 | March 10, 1997, John E. Parsons report |
| 807 | 8-1940 | 1997 Edition of the Federal Civil Procedure and Rules |
| 808 | 8-1940 | Science & Society, Fall 1988 Edition |
| 809 | 8-1940 | Science & Society website download |
| 810 | 8-1940 | Science & Society, Winter 1994-'95 Edition |
| 811 | 8-1940 | Science & Society, October 2010 Edition |

| 812 | 8-1940 | German Politics and Society, Summer 1998 |
| 813 | 8-1940 | Comparative Economic Studies article, Form of GDR Economic Cooperation with the Nonsocialist World |
| 815 | 8-1940 | Deposition corrections |
| 817 | 8-1940 | Economics of Planning in Great Britain article, Credit Contracts in the GDR: Decentralized Investment Decisions in a Planned Economy |
| 818 | 8-1940 | Which Road to Oz?  New thinking in East Germany about the World Economy and the Course of Socialism, July 1988, Revised January 1989, WP #2045-88 |
| 819 | 8-1940 | Science & Society, Winter 1995-'96 |

| PDX | PAGE | DESCRIPTION |
|---|---|---|
| 1 | 3-712 | Document reflecting the purchase price for each of the Alta II through V facilities |
| 2 | 3-754 | Slide reflect the lease prepayment percentages for the Alta facilities |
| 31 | 5-1102 | Alta Wind I purchase price allocation slide |
| 32 | 5-1102 | Alta Wind VI purchase price allocation slide |
| 33 | 6-1420 | Maydew demonstrative |
| 34 | 6-1420 | Maydew demonstrative |
| 35 | 6-1420 | Maydew demonstrative |
| 36 | 6-1420 | Maydew demonstrative |
| 37 | 6-1420 | Maydew demonstrative |
| 38 | 6-1420 | Maydew demonstrative |
| 39 | 6-1420 | Maydew demonstrative |
| 40 | 6-1420 | Maydew demonstrative |
| 41 | 6-1441 | Maydew demonstrative |
| 42 | 6-1441 | Maydew demonstrative |
| 43 | 6-1441 | Maydew demonstrative |
| 44 | 6-1441 | Maydew demonstrative |
| 45 | 6-1441 | Maydew demonstrative |
| 46 | 6-1441 | Maydew demonstrative |
| 47 | 6-1441 | Maydew demonstrative |
| 48 | 6-1441 | Maydew demonstrative |
| 49 | 6-1441 | Maydew demonstrative |
| 50 | 6-1441 | Maydew demonstrative |

| 51 | 6-1441 | Maydew demonstrative |
| 52 | 6-1449 | Maydew demonstrative |
| 53 | 6-1467 | Maydew demonstrative |
| 55 | 6-1467 | Maydew demonstrative |
| 56 | 6-1575 | Blaydon demonstrative |
| 57 | 6-1575 | Blaydon demonstrative |
| 58 | 1652 | Blaydon demonstrative |
| 59 | 1603 | Blaydon demonstrative |
| 60 | 1603 | Blaydon demonstrative |
| 61 | 1603 | Blaydon demonstrative |
| 64 | 1630 | Blaydon demonstrative |
| 66 | 1630 | Blaydon demonstrative |
| 67 | 1645 | Blaydon demonstrative |
| 68 | 1630 | Blaydon demonstrative |
| 69 | 1630 | Blaydon demonstrative |
| 70 | 1634 | Blaydon demonstrative |
| 71 | 1634 | Blaydon demonstrative |
| 72 | 1652 | Blaydon demonstrative |
| 73 | 1652 | Blaydon demonstrative |
| 74 | 1652 | Blaydon demonstrative |
| 75 | 1652 | Blaydon demonstrative |
| 76 | 1652 | Blaydon demonstrative |
| 80 | 1652 | Blaydon demonstrative |
| 83 | 1652 | Blaydon demonstrative |
| 84 | 1652 | Blaydon demonstrative |

| 85 | 1651 | Blaydon demonstrative |
| 86 | 1684 | Blaydon demonstrative |
| 87 | 1684 | Blaydon demonstrative |
| 88 | 1765 | Blaydon demonstrative |
| 89 | 1679 | Blaydon demonstrative |
| 90 | 1665 | Blaydon demonstrative |
| 92 | 1679 | Blaydon demonstrative |
| 93 | 1679 | Blaydon demonstrative |
| 94 | 1684 | Blaydon demonstrative |
| 290 | 2-385 | Demonstrative 12: Implied Mark-Up of Purchase Price Over Out-of-Pocket Costs |
| 291 | 2-435 | Demonstrative 13: The Government's Inconsistent Approaches to Calculating Basis |

| DX | PAGE | DESCRIPTION |
|---|---|---|
| 19-2 | 2-464 | Allco Bid Letter.pdf |
| 94-1 | 5-1146 | FW: detail of Allco development costs at acquisition date |
| 94-2 | 5-1146 | TM APC dev cost rec @ 7.1.08.xls |
| 98 | 2-506 | CHiPs Amendment v Non Amendment & Updated Turbine Analysis |
| 101-1 | 3-626 | FW: RE: Terra-Gen - ALLCO purchase allocation - Draft report |
| 105 | 2-500 | CHiPs Model Update_7 07 09.pptx |
| 154 | 3-816 | Chips v20 (Citi Presentation powerpoint of pdf).ppt |
| 221-1 | 5-1173 | FW: talking points |
| 221-2 | 5-1173 | AW 2-5 Bond Offering QA V5.docx |
| 236 | 2-523 | AW II-IV - Roadshow Presentation (7 8 2010)_FINAL.pdf |
| 270-1 | 4-1029 | FW: Alta Wind I equity term sheet |
| 270-2 | 4-1029 | NY3-517565-v5-Cash Grant Terms and Conditions (Appendix A).doc |
| 274-1 | 2-560 | CHiPs Monthly Presentation due Friday |
| 274-2 | 2-560 | Arclight-GIP CHiPs Update 082410 FINAL.pptx |
| 276 | 4-1026 | RE: Alta I |
| 277 | 3-590 | Arclight-GIP CHiPs Update 092810 final.pptx |
| 305-1 | 2-529 | FW: UBOC/GE Lease Proposal |
| 310-1 | 4-1031 | RE: Alta I Wind Revised Lease Pricing |
| 310-2 | 4-1031 | Discussion-Issues List (Alta I).doc |
| 358 | 4-1012 | RE: Sensitivity |
| 362 | 4-1004 | RE: Draft Appraisal Report |

| 363 | 4-1021 | TIA Open Pts |
| 364 | 4-1017 | RE: Pricing-interest Rates |
| 379 | 4-1033 | Re: Alta |
| 475-06 | 5-1317 | Cash Grant Certificate OL A.PDF |
| 516 | 9-1993 | Annex D.pdf |
| 535-2 | 9-1999 | Cover Letter to Ellen Neubauer.pdf |
| 535-3 | 9-1999 | Response to Treasury's August 24, 2011 Analysis.pdf |
| 562 | 4-905 | Alta Wind VI CIM_Final.pdf |
| 570-1 | 5-1194 | Alta V |
| 570-2 | 5-1194 | Response to Alta Wind V Part 3C 2011.docx |
| 579 | 5-1127 | Financial Statements 2010, 2011 - Alta Wind VI LLC.pdf |
| 626-2 | 4-897 | Exhibit F - Alta VI Farm Real Property Leases.pdf |
| 630 | 5-1212 | RE: Question for AW 6 |
| 644 | 5-1268 | Alta VI Cash Grant |
| 706 | 2-450 | 4. Allco Wind Energy US Wind Mgmt Presentation - April 2008.pdf |